UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22018-CIV-JORDAN

DONNA GRIFFIN )
)
    Plaintiff )
)
vs. )
)
JAMES MC DEVITT )
)
    Defendant )
)

**ORDER**

By October 3, 2008, Ms. Griffin shall show cause why this case should not be dismissed for lack of prosecution.

Done and ordered in chambers at Miami, Florida, this 15th day of September, 2008.

_____
Adalberto Jordan
United States District Judge

copy to counsel of record and Donna Griffin, pro se, 15101 N.W. 12 Avenue, Miami, FL 33165